IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Contrina Lacretrica Bell, | C/A No. 3:25-cv-13365-SAL |
| Plaintiff, | |
| v. | **ORDER** |
| Master Deputy Collins J. Harper, Badge No. 8580-2859, in his individual and official capacities; Richland County Sheriff's Department; Leon Lott, in his official capacity as Sheriff of Richland County | |
| Defendants. | |

Plaintiff Contrina Lacretrica Bell, proceeding pro se, filed this complaint asserting claims under 42 U.S.C § 1983 for alleged violations of her Fourth, Fifth, and Fourteenth Amendment rights as well as a claim for *Monell*[1] liability. *See* ECF No 20. Pending before this court is a Report and Recommendation (the "Report") by Magistrate Judge Thomas E. Rogers, III, recommending the case be dismissed for failure to prosecute. [ECF No. 42.] The Report alternatively recommends that Defendants' pending motion for summary judgment be granted. *Id*. at 7–10. Attached to the Report was a notice advising Plaintiff of the right to file objections to the Report. [ECF No. 42-1.] Plaintiff did not file objections to the Report, and the time for doing so has lapsed.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to,

---

[1] *Monell v. Department of Soc. Services*, 436 U.S. 658 (1978).

and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

## CONCLUSION

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 42, and incorporates the Report by reference herein. Accordingly, Plaintiff's case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. Given this dismissal, the pending motions to dismiss and for summary judgment, ECF Nos. 22, 36, are TERMINATED AS MOOT.

**IT IS SO ORDERED.**

July 23, 2026                                          Sherri A. Lydon
Columbia, South Carolina                               United States District Judge